IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALAN CHRISTOPHER LITTLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:13CV727 |
| v. | ) | 1:06CR22-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On November 14, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636. Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #114] is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside or Correct Sentence [Doc. #92] is GRANTED to the extent that it challenges his term of supervised release and that it is DENIED otherwise. A Corrected Judgment reducing Petitioner's term of supervised release to five years will issue separately.

This, the 10th day of December, 2014.

_____
United States District Judge